

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2014

No. 04-14-00013-CV

**IN THE INT OF AJL, ARL, AAR, AND BNG**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02031
Honorable Richard Garcia, Judge Presiding

## O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED.  Because this is an appeal from an order terminating parental rights, no further extensions of time will be granted.  The appellee's brief is due on August 15, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2014.

Keith E. Hottle
Clerk of Court